Ronald SMITH, Plaintiff–Appellant,

v.

Theodis BECK; James B. French; Jeannie Lancaster; Ted C. Smiley, Defendants–Appellees.

No. 01–7583.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 7, 2002.

Ronald Smith, Appellant Pro Se. Deborrah Lynn Newton, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Ronald Smith appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we deny Smith's motion for appointment of counsel and affirm on the reasoning of the district court. *See Smith v. Beck,* No. CA–00–537–5–2BR (E.D.N.C. July 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*